UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELEANOR SCHRADER,

    Plaintiff,

v.                                Case No. 8:23-cv-2415-TPB-TGW

HEALING TRANSITIONS: CREATIVE
SOLUTIONS FOR CHILDREN &
FAMILIES INC., and JEFFREY
B. CRAVEN,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This matter is before the Court on consideration of the report and recommendation of Thomas G. Wilson, United States Magistrate Judge, entered on December 30, 2024. (Doc. 20). Judge Wilson recommends that "Plaintiff's Amended Motion for Final Default Judgment Against All Defendants" (Doc. 19) be granted. No party has objected, and the time to object has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*,

681 F.2d 732 (11th Cir. 1982).   A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Wilson's well-reasoned report and recommendation, the Court adopts the report and recommendation.   Consequently, Plaintiff's amened motion for final default judgment is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The report and recommendation (Doc. 20) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   "Plaintiff's Amended Motion for Final Default Judgment Against All Defendants" (Doc. 19) is **GRANTED**.

(3)   The Clerk is directed to enter a final judgment in favor of Plaintiff Eleanor Schrader, and against Defendants Healing Transitions: Creative Counseling for Children & Families Inc., and Jeffrey B. Craven, in the amount of $6,144.69 in unpaid wages and $6,144.69 in

      liquidated damages.

(4)    Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

(5)    Plaintiff is entitled to attorney's fees and costs. On or before March 7, 2025, Plaintiff is directed to file an appropriate motion as to the amount of attorney's fees and costs. *See* Local Rule 7.01(c).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 21st day of January, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE